(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

URBAIN TAH JIGGI

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

- The Republic of Cameroon.
- Law Firm of Squire Patton Boggs.
- Mercury LLC.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

18-1303

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __JIGGI, URBAIN TAH__
Name (Last, First, MI)

__3905 Chestnut Street__
Street Address

__Wilmington__  __Delaware__  __19808__
County, City   State   Zip Code

__302-220-8248__
Telephone Number   E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __The Republic of Cameroon.__
Name (Last, First)

__3400 Intercontinental Drive, NW__
Street Address

__Washington, D.C.__  __20008__
County, City   State   Zip Code

Defendant 2: __Squire Patton Boggs.__
Name (Last, First)

__2550 M Street, NW__
Street Address

__Washington, D.C__  __20037__
County, City   State   Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _Mercury, LLC_
Name (Last, First)

_100 South Broad Street, Suite 1525_
Street Address

_Philadelphia,_  _PA_  _19110_
County, City        State        Zip Code


Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_Squire Patton Boggs and Mercury, LLC are aiding and abetting the commission of human rights violations contrary to the Alien Tort Statute. The Republic of Cameroon signed a commercial deal with the other two defendants thereby lifting that immunity under the Foreign Sovereign Immunities Act._

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The plaintiff and at least one of the defendants resides in this district.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Human Rights violations are currently occuring in The Republic of Cameroon.

Date(s) of occurrence: On-going.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

[What happened to you?]

Contrary to a plethora of International laws the government of the Republic of Cameroon is carrying out torture, kidnappings, mass arson, murder and many other Human Rights violations.

The United States of America signed an agreement with the Republic of Cameroon to

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

provide military assistance to combat terrorism from Nigerian Islamist terrorists called Boko Haram, the deadliest deadliest terrorist organization in the world. According to the agreement, no military equipment was to be used out of the fight against Boko Haram. The government of Cameroon has used United States military equipment to kill and maim children, old women and innocent civilians. These weapons have been used in extra-judicial killings of thousands of people within the space of two years, in the English-speaking part of Cameroon.

The Republic of Cameroon has been able to get away with these crimes because of hires firms such as the ones the defendants run, to portray a clean image of itself.

> Was anyone else involved?

In August 2018, the government of Cameroon signed deals costing millions of dollars to lobby for the government of Cameroon and also to give the poor nation a good name.

The United States gives millions of dollars in aid to Cameroon, who uses most of it to pay for services such as those offered by Squire Patton Boggs and Mercury LLC. Such companies are relied upon by the United States when making aid decisions. Most of the aid money is embezzled, thereby wasting American taxpayers' hard-earned income.

(Del. Rev. 11/14) Pro Se General Complaint Form

Cameroon has presidential elections scheduled for October 2018. The incumbent, Mr. Paul Bartholomew B. Mvondo Biya, 86 years old, has been in power for 36 years. He was Prime Minister and Head of government for 10 years; a combined total of 46 years as the Chief Executive of one nation.

There is overwhelming evidence to show that the money paid to Squire Patton Boggs and Mercury LLC is meant to paint Mr. Biya and his government in a false light thereby enabling him to stay in power, benefit from American taxpayers' money and continue to gain personally from said money while also committing human rights violations with American issued military equipment.

[Who did what?]

The United Nations Organization and several other international bodies including Amnesty International have accused the government of Cameroon of gross Human Rights violations including genocide.

Several United States Congressmen have called on the government of Cameroon to stop the carnage. That government has denied the United Nations access to investigate these crimes.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

As a citizen of Cameroon and a permanent Resident of the United States of America, I am affected by the actions of the government of Cameroon, which are being aided and abetted by the defendants. My property has been burnt by the army of Cameroon. My businesses have also suffered from the war waged on English speakers by the Cameroonian army.

## VI. RELIEF

The relief I want the court to order is:

☐ Money damages in the amount of: $ _____

☒ Other (explain):

- The Government of Cameroon should be ordered to let U.N investigators in, failure of which should result in cancellation of all U.S aid and loans.

- The contracts with Squire Patton Boggs and Mercury, LLc should be voided and all money paid refunded to the people of Cameroon.

- The defendants should be banned from making any commercial contracts with the government of Mr. Biya.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_August 23rd 2018_
Date

_Urbain Jiggi_
Plaintiff's Signature

_JIGGI, URBAIN TAH._
Printed Name (Last, First, MI)

_3905 Chestnut Street_   _Wolmington_   _Delaware_   _19808_
Address                  City            State         Zip Code

_302-220-8248_
Telephone Number

_jiggitah@gmail.com_
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**